IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TRANSDATA, INC. | § |
| | § |
| v. | §     CASE NO. 6:16cv407-JDL |
| | § |
| CENTERPOINT ENERGY HOUSTON | § |
| ELECTRIC, LLC | § |

## FINAL JUDGMENT

Pursuant to the Joint Motion to Dismiss, the Court hereby enters Final Judgment. Plaintiff Transdata, Inc. filed suit against Defendant Centerpoint Energy Houston Electric, LLC on May 11, 2016.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 26th day of July, 2016.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE